## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Aaron Burden, ) | |
| ) | Case No. 22 C 46 |
| Plaintiff, ) | |
| ) | Judge Edward Chang |
| v. ) | |
| ) | Magistrate Young B. Kim |
| The City of Chicago, and ) | |
| Chicago Police Officers Albert Torres (#13067), ) | |
| Mohammad Baker (#19740), ) | |
| Andrew Kats (#17577), Angelo Dicera (#14902), ) | |
| And J.Doe Officers 1-5, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Attorney Allison L. Romelfanger respectfully moves to withdraw her appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned filed an appearance on behalf of defendants Albert Torres, Mohammad Baker, Andrew Kats, Angelo Dicera in this matter.

2. The undersigned has accepted new employment and will no longer be working for the City of Chicago Department of Law as of September 9, 2022.

3. Additional attorneys currently represent the aforementioned defendants and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the defendants nor cause any undue delay in this proceeding.

**WHEREFORE** the undersigned respectfully requests this Honorable Court grant this motion.

                                                              Respectfully submitted,

                                                              */s/ Allison L. Romelfanger*
                                                              Allison L. Romelfanger
                                                              Assistant Corporation Counsel Supervisor

City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
Allison.romelfanger@cityofchicago.org
Attorney No. 6310033

1